IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZACCHAEUS N. WATIE,** | CIV S-08-0835 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **K. PROSPER, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request to enlarge the time for filing the responsive pleading until August 25, 2008 is hereby GRANTED. Respondent's responsive pleading is due on August 25, 2008.

DATED: August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1