1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ZACCHAEUS N. WATIE,

11           Petitioner,              No. CIV S-08-0835 WBS KJM P

12      vs.

13  K. PROSPER, et al.,

14           Respondents.             ORDER

15  _____/

16           Petitioner has requested an extension of time to file and serve a traverse.  Good

17  cause appearing, IT IS HEREBY ORDERED that:

18           1.  Petitioner's request for an extension of time (docket no. 12) is granted; and

19           2.  Petitioner is granted sixty days from the date of this order in which to file and

20  serve a traverse.

21  DATED:  October 10, 2008.

22  _____

23  U.S. MAGISTRATE JUDGE

24  /mp
    wati0835.111

25

26